**Jose P. MENDEZ, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 12–1346.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 13, 2012.

Filed: Sept. 19, 2012.

Karen Yolanda Drummond, Richard M. Evans, Susan Bennett Green, Kristofer Ryan McDonald, U.S. Department of Justice, Washington, DC, for Respondent.

Jose P. Mendez, Perry, IA, pro se.

Before BYE, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Jose Mendez, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's decision and denied him asylum, withholding of removal, and relief under the Convention Against Torture (CAT).[1] After careful review, we find no basis for reversal, as the denials of relief were all supported by substantial evidence on the administrative record as a whole. *See Khrystotodorov v. Mukasey*, 551 F.3d 775, 781–84 (8th Cir.2008) (substantial-evidence standard for asylum claim; denial of asylum dictates same outcome on withholding-of-removal claim and CAT claim based on same underlying factual allegations). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

1. We lack jurisdiction to consider Mendez's request for humanitarian asylum because it was not first raised before the BIA. *See Doe v. Holder*, 651 F.3d 824, 830 (8th Cir.2011).